JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| TONY BURWELL, | Case No. CV 08-3560-CAS (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. MARRON, | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: November 6, 2008

_____
Christina A. Snyder
United States District Judge